**Form 208**[ODSM 341 ME/Dsm Ch7]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Rowena Gale Catron
        Debtor(s).

Case No. 11−21841 JTM
Chapter 7

ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements pursuant to Local Rules 1007−1 or 2003−1:

    A.  Timely file pertinent pleadings or documents;
    B.  Failed to attend the Meeting of Creditors;

Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED that the above−named case is DISMISSED.

Dated and Entered on: May 9, 2011

*/s/ T Marker*

United States Bankruptcy Judge   (9)

```
                              United States Bankruptcy Court
                                     District of Utah

In re:                                                          Case No. 11-21841-JTM
Rowena Gale Catron                                              Chapter 7
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 1088-2          User: lph                  Page 1 of 2               Date Rcvd: May 09, 2011
                              Form ID: f208              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2011.
db         +Rowena Gale Catron,    673 E Campus Dr,    Orem, UT 84097-5678
aty        +Jarred A. Henline,    Invictus Law, PC,    703 S. State St.., #2,    Orem, UT 84058-6328
tr         +Kenneth A. Rushton tr,    153 North 100 East,    P.O. Box 212,    Lehi, UT 84043-0212
7500585    +Bennett Law,   10542 South Jordan Gateway,    Suite 200,    South Jordan, UT 84095-3907
7500587    +Check City,    PO Box 970183,    Orem, UT 84097-0183
7500588    +Collection,    Po Box 9136,    Needham, MA 02494-9136
7500589    +Collection/Credit Collection services,     Po Box 9133,    Needham, MA 02494-9133
7500590     Convnient Ln,    25331 1h 10 West,    San Antonio, TX 78257
7500592    +Daniel Duffin,    C/O Cathy Polson,    311 S State #380,    Salt Lake City, UT 84111-5215
7500595    +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
7500596    +Ihc,   2790 Decker Lake Dr,    West Valley City, UT 84119-2057
7500597    +Ihc Health Services In,    3930 W Parkway Blvd,    Salt Lake City, UT 84120-6300
7500598    +LabCorp,    5199 Green Street,    Murray, UT 84123-2658
7500601    +Mountainland Collectio,    Po Box 1280,    American Fork, UT 84003-6280
7500602    +Mountainland Collections,    PO Box 1280,    American Fork, UT 84003-6280
7500603    +Mtn Land Col,    Po Box 1280,    American Fork, UT 84003-6280
7500605    +Nar Inc,   10 W Broadway Ste 610,    Salt Lake City, UT 84101-2041
7500606    +Outsource Recovery,    180 300 W Ste 210,    Salt Lake City, UT 84101-1490
7500609    +Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1800
7500610     Stellar Rec,    1845 Us Hwy 93 Sou,    Kalispell, MT 59901
7500611    +Superior Mgt,    Attn: Bankruptcy,    Po Box 468089,    Atlanta, GA 31146-8089
7500613     UHEEA,    60 South 400 West,    Salt Lake City, UT 84101-1284
7500612    +Uheaa,    Po Box 145110,    Salt Lake City, UT 84114-5110
7500614    +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
7500615    +Unknown/Ihc,    2790 Decker Lake Dr,    West Valley City, UT 84119-2057
7500616    +Utah High Ed,    60 S 400 W,    Salt Lake City, UT 84101-1284
7500617    +Wells Fargo,    77 North State Street,    Orem, UT 84057-5507
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7500584    +E-mail/Text: advancedcredit@hotmail.com May 10 2011 00:01:50      Advanced Credit Mgmt,
              867 N 900 W,    Orem, UT 84057-7701
7500586    +E-mail/Text: banko@bonncoll.com May 09 2011 23:57:51      Bonneville Billing,
              1186 E 4600 S Ste 100,    Ogden, UT 84403-4896
7500591    +E-mail/Text: acscsl@cslinc.biz May 10 2011 00:00:33      Credit Service Of Loga,    180 N Main St,
              Logan, UT 84321-4541
7500593    +E-mail/Text: bankruptcy@expressrecovery.com May 10 2011 00:02:16       Express Recovery Svc,
              2790 S Decker Lake Dr,    West Valley City, UT 84119-2057
7500594    +E-mail/Text: bankruptcy@expressrecovery.com May 10 2011 00:02:16       Express Recovery Svcs,
              2790 S Decker Lake Dr,    Salt Lake City, UT 84119-2057
7500599    +EDI: PHINPLAZA.COM May 09 2011 23:48:00      Law Offices of Mitchell N. Kay, P. C.,    PO Box 9006,
              Smithtown, NY 11787-9006
7500600    +E-mail/Text: rrichardson@macu.com May 10 2011 00:02:03      Mountain America Cu,
              660 South 200 East,    Salt Lake City, UT 84111-3835
7500607     EDI: PRA.COM May 09 2011 23:48:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7500604      N.a.r. Inc,    10 W Broadway Ste 610,    Returned Mail 99999
7500608    ##+RGS Financial,    PO Box 2149,    Addison, TX 75001-2149
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1088-2           User: lph              Page 2 of 2              Date Rcvd: May 09, 2011
                               Form ID: f208          Total Noticed: 35

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2011**              **Signature:** _Joseph Speetjens_